UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61234-CIV-DIMITROULEAS

EMILIO PINERO,

      Magistrate Judge Snow

    Plaintiff,

vs.

MICHAEL AND SONIA COHEN REV.
LIV. TR.,

    Defendant.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon the Plaintiff's Verified Application for Attorney's Fees, Costs and Expenses [DE 24], filed on February 3, 2010, and the Report and Recommendation of the Magistrate Judge Lurana S. Snow, dated June 29, 2010 [DE 32].  The Court notes that no objections to the Report have been filed, and the time for filing such objections has passed.  As no timely objections were filed, the Magistrate Judge's factual findings in the Report are hereby adopted and deemed incorporated into this opinion.  LoConte v. Dugger, 847 F.2d 745, 749-50 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report and record and is otherwise fully advised in the premises.  The Magistrate Judge recommended that the Motion be granted in part.  The Court agrees with the Magistrate Judge's conclusion that the hourly fee sought by Plaintiff is reasonable, but the hours for which he should be awarded fees should be reduced by a total of 3.9 hours, and that the costs sought should be reduced by $31.00.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [DE 32] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiff's Verified Application for Attorney's Fees, Costs and Expenses [DE 24] is hereby **GRANTED in part**;

3. Plaintiff Emilio Pinero shall recover from Defendant Michael and Sonia Cohen Rev. Liv. Tr. the amounts of $6,885.00 in attorney's fees, and $2,886.00 in costs.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of July, 2010.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record